# Wolpoff & Abramson, LLP

Financial Report
December 31, 2007

"Exhibit A"

**McGladrey & Pullen**
Certified Public Accountants

## McGladrey & Pullen
Certified Public Accountants

**Independent Auditor's Report**

To the Partners
Wolpoff & Abramson, LLP
Rockville, Maryland

We have audited the accompanying balance sheet of Wolpoff & Abramson, LLP (the Partnership) as of December 31, 2007, and the related statements of income, partners' capital, and cash flows for the year then ended. These financial statements are the responsibility of the Partnership's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Wolpoff & Abramson, LLP as of December 31, 2007, and the results of its operations and its cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America.

*McGladrey & Pullen, LLP*

Frederick, Maryland
May 13, 2008

1

Wolpoff & Abramson, LLP

Balance Sheet
December 31, 2007

### Assets $

Cash And Cash Equivalents
Cash Held In Trust For Clients
Accounts Receivable
Prepaid Expenses

$

### Liabilities And Partners' Capital

Liabilities $
  Accounts payable
  Trust deposits payable
  Accrued expenses

Commitments And Contingencies (Note 4)

Partners' Capital

$

See Notes To Financial Statements.