## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JEANNIE LEMIRE, INDIVIDUALLY** | ) | **3:08cv249(CSH)** |
| **AND ON BEHALF OF ALL OTHERS** | ) | |
| **SIMILARLY SITUATED** | ) | |
| **Plaintiff** | ) | |
| | ) | **PLAINTIFF'S MOTION TO** |
| | ) | **SUSPEND SCHEDULING** |
| | ) | **ORDER** |
| | ) | |
| **WOLPOFF & ABRAMSON LLP** | ) | |
| **Defendant** | ) | **June 29, 2009** |

The Plaintiff hereby moves for an order suspending the scheduling order previously submitted in this case.  The parties have tentatively agreed to a settlement of this class action lawsuit, subject to the preparation of a formal settlement agreement.   The parties intend to file a motion with the court that will seek an order granting preliminary approval to the settlement, directing the submission of notice to the class members, setting deadlines for class members to exclude themselves from the class or to object to the settlement agreement or to the award of attorney's fees and class representative fee provided for in that agreement, and scheduling a final hearing at which the court would determine whether to grant final approval to the settlement agreement, including the award of attorney's fees and the class representative fee.

The parties seek until July 22, 2009 to file a joint motion seeking preliminary approval. The defendant consents to the granting of this motion.

**Plaintiff**, Jeanne Lemire


By:/s/Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408  Fax. (860) 571-7457
dblinn@consumerlawgroup.com


## CERTIFICATION

I hereby certify that on this 29th day of June, 2009, a copy of foregoing Plaintiff's Proposed Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/Daniel S. Blinn
Daniel S. Blinn