UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEANNE LEMIRE, INDIVIDUALLY ) <br> AND ON BEHALF OF ALL OTHERS ) <br> SIMILARLY SITUATED ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> WOLPOFF & ABRAMSON LLP ) <br>     Defendant ) <br> ) | 3:08cv249(CSH) <br><br><br><br><br><br><br><br> FEBRUARY 3, 2010 |

## CONSENT MOTION FOR TEMPORARY STAY OF PROCEEDINGS

The Plaintiff, Jeanne Lemire, by and through counsel, and with the consent of Defendant's counsel, moves for a temporary stay of further proceedings for sixty (60) days in this matter and as grounds states as follows:

1. Wolpoff & Abramson LLP is the sole defendant in this matter.

2. Counsel for defendant has advised that defendant's bankruptcy filing is imminent.

3. Until such time as a bankruptcy is filed, there is no automatic stay of proceedings in this matter; however, it would be in the interest of judicial economy to preclude litigation for a period of 60 days in order to allow the Defendant to initiate its bankruptcy filing.

4. Defense counsel consents to the granting of this motion.

**Plaintiff**, Jeanne Lemire

By:/s/Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408  Fax. (860) 571-7457
 dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 3rd day of February, 2010, a copy of foregoing Consent Motion for Temporary Stay of Proceedings was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/Daniel S. Blinn
Daniel S. Blinn