UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JEANNE LEMIRE, INDIVIDUALLY** ) <br> **AND ON BEHALF OF ALL OTHERS** ) <br> **SIMILARLY SITUATED,** ) <br>     **Plaintiff** ) <br> **v.** ) <br> ) <br> **WOLPOFF AND ABRAMSON, L.L.P.,** ) <br>     **Defendant** ) <br> _____ ) | CASE NUMBER: <br> 3:08-cv-00249(CSH) <br><br><br><br><br><br><br> APRIL 7, 2011 |

### MOTION TO DISMISS

Plaintiff hereby moves to dismiss the captioned matter because the defendant Wolpoff & Abramson, LLP merged into Mann Bracken, LLP and Mann Bracken ceased its operations.

                                    PLAINTIFF,

By: /s/Daniel S. Blinn
     Daniel S. Blinn, Fed Bar No. ct02188
     Consumer Law Group, LLC
     35 Cold Spring Rd. Suite 512
     Rocky Hill, CT  06067
     Tel. (860) 571-0408  Fax. (860) 571-7457
     dblinn@consumerlawgroup.com

### CERTIFICATION

I hereby certify that on this 7th day of April, 2011, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                    /s/Daniel S. Blinn
                                    Daniel S. Blinn